TRACY L. WILKISON
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
RACHEL N. AGRESS (Cal. Bar No. 281703)
ANDREW M. ROACH (Cal. Bar No. 293375)
Assistant United States Attorneys
General Crimes Section
    1200 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0487/0306
    Facsimile: (213) 894-0141
    E-mail:   Rachel.Agress@usdoj.gov
             Andrew.Roach@usdoj.gov

BYRON R. TUYAY (Cal. Bar No. 308049)
Assistant United States Attorney
Riverside Branch Office
    3403 Tenth Street, Suite 200
    Riverside, California 92501
    Telephone: (951) 276-6230
    Facsimile: (951) 276-6202
    E-mail:   Byron.Tuyay@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>        v.<br><br>KAREN SARKISSIAN,<br>  aka "Gary Sarkissian,"<br><br>      Defendant. | No. CR 13-00719(B)-PSG-4<br><br>*EX PARTE* APPLICATION FOR ORDER COMPELLING TESTIMONY OF L'TANYA SMITH PURSUANT TO 18 U.S.C. § 6001 *ET SEQ.*; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF TRACY L. WILKISON; EXHIBIT; PROPOSED ORDER<br><br>**TRIAL DATE:** **July 15, 2021** |

    The Acting United States Attorney hereby applies to this

Honorable Court for an order compelling L'TANYA SMITH ("SMITH") to

testify and produce evidence pursuant to the provisions of Title 18,

United States Code, Section 6001 et seq., and respectfully represents as follows:

1.    The government has subpoenaed SMITH to appear in court on July 15, 2021 for testimony;

2.    Counsel for SMITH has advised that if SMITH is called to the stand, she will, at that time, refuse to answer questions, invoking the constitutional privilege against self-incrimination, and that she will object to any motion to compel made by the government;

3.    In the judgment of the Acting United States Attorney, the testimony of SMITH may be necessary to the public interest; and

4.    Amanda N. Liskamm, an authorized Acting Deputy Assistant Attorney General of the United States, has approved this application for an order instructing SMITH to testify pursuant to 18 U.S.C. §§ 6002-6003 and 28 C.F.R. § 0.175.

Wherefore, pursuant to the provisions of 18 U.S.C. § 6001, et seq., the Acting United States Attorney requests that the Court order SMITH to give testimony relating to all matters within her knowledge about which she may be interrogated in this matter.

//
//
//
//
//
//
//
//
//

1    In support of this motion, the Acting United States Attorney

2  submits herewith the attached declaration of Tracy L. Wilkison,

3  exhibit, and proposed order.

4  Dated: July 2, 2021          Respectfully submitted,

5                              TRACY L. WILKISON
                               Acting United States Attorney
6
                               SCOTT M. GARRINGER
7                              Assistant United States Attorney
                               Chief, Criminal Division
8

9                                 _____/s/_____
                               RACHEL N. AGRESS
10                             ANDREW M. ROACH
                               BYRON R. TUYAY
11                             Assistant United States Attorneys

12                             Attorneys for Plaintiff
                               UNITED STATES OF AMERICA
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## MEMORANDUM OF POINTS AND AUTHORITIES

The United States is applying to this Court pursuant to 18 U.S.C. § 6003 for an order compelling L'TANYA SMITH ("SMITH") to testify before the Court in this matter.  Section 6003(b) provides that the United States Attorney may request such an order when in her judgment the testimony or other information from an individual may be necessary to the public interest, and such individual has refused or is likely to refuse to testify or provide other information on the basis of her privilege against self-incrimination.  The attached Declaration of Tracy L. Wilkison, the Acting United States Attorney, establishes that in her judgment the testimony of this witness may be necessary to the public interest and that this witness has refused or will refuse to testify on the basis of her privilege against self-incrimination.  Section 6003(a) provides that the "United States district court . . . shall issue . . . upon the request of the United States Attorney . . ., an order requiring such individual to give testimony or provide other information which he refuses to give or provide on the basis of his privilege against self-incrimination . . . ."  The grant of the order, is therefore, mandatory upon a proper request, such as the one presented here.

1

### DECLARATION OF TRACY L. WILKISON

2      I, Tracy L. Wilkison, declare as follows:

3      1.   I am the Acting United States Attorney for the Central

4 District of California.

5      2.   I have been advised by Assistant United States Attorneys

6 Andrew Roach, Rachel Agress and Byron R. Tuyay that Richard Callahan,

7 counsel for L'TANYA SMITH (SMITH"), has advised that if SMITH is

8 called to the stand to testify before the Court in this matter, she

9 will refuse to answer certain questions, invoking the constitutional

10 privilege against self-incrimination, and will object to any motion

11 to compel made by the government.

12      3.   Assistant United States Attorneys Andrew Roach, Rachel

13 Agress, and Byron R. Tuyay have presented the facts of the

14 investigation to me, and in my judgment, the testimony of SMITH may

15 be necessary to the public interest.  Specifically, due to the

16 complexity of the offense conduct and the fact that it occurred over

17 ten years ago, many witnesses are no longer alive and/or memories may

18 have faded.  SMITH, who pled guilty on the eve of the original trial,

19 was a co-conspirator who had knowledge of and implemented fundamental

20 aspects of the underlying health care fraud.  Along with the other

21 evidence in the case, SMITH's testimony will be key in establishing

22 the health care fraud that occurred in the Sunset Clinic and will

23 facilitate a more efficient and streamlined trial.

24      4.   An authorized Acting Deputy Assistant Attorney General of

25 the United States has approved the application for an order

26 instructing L'TANYA SMITH to testify and produce evidence under the

27 provisions of 18 U.S.C. §§ 6002-6003 and 28 C.F.R. § 0.175.  A true

28 copy of the letter from Amanda N. Liskamm, Acting Deputy Assistant

Attorney General, Criminal Division, Department of Justice, Department of Justice, expressing said approval is attached as Exhibit 1.

5.   Assistant United States Attorneys Andrew Roach, Rachel Agress, and Byron R. Tuyay have advised me of the following:

a.   Trial is currently set for July 15, 2021, and the government will require the testimony of SMITH on or about July 13, 2021.

b.   Assistant United States Attorneys Andrew Roach, Rachel Agress, and Byron L. Tuyay are available to consult with the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 2, 2021

TRACY L. WILKISON